IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLYDE E. MEASE, JR., | ) |
| | ) |
| Plaintiff, | ) C.A. No.:   06-271 |
| | ) |
| v. | ) |
| | ) Trial By Jury Demanded |
| WILMINGTON TRUST COMPANY | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

### THE PARTIES

1.  The plaintiff, Clyde E. Mease, Jr. (hereinafter referred to as "plaintiff") is a citizen of the Commonwealth of Pennsylvania.

2.  The defendant, Wilmington Trust Company, is a corporation organized and existing under the laws of the State of Delaware, whose agent for service of process is Wilmington Trust Company, 1100 N. Market Street, Rodney Square North, Corporate Administration, Wilmington, DE 19801.

### JURISDICTION

3.  Jurisdiction is conferred upon this Court pursuant to the provisions of 28 U.S.C. §§1331 and 1343, in that the matter in controversy arises, in part, under the laws of the United States of America.

4.  This action is brought pursuant to the provisions of the "Age Discrimination Employment Act of 1967", as amended 29 U.S.C. §621 et.seq., and the provisions of 19 Del.C. §711, and the Common Law of the State of Delaware.

5. This Court has supplemental jurisdiction to hear the matters arising under the laws of the State of Delaware, pursuant to 28 U.S.C. §1367.

6. Venue in this Court is proper under the provisions of 28 U.S.C. §1391, since the defendant reside within the State of Delaware, and contractual obligations between the parties require all litigation to occur within the State of Delaware.

## EXHAUSTION OF REMEDIES

7. Prior to the filing of this action, the plaintiff timely filed a charge of age discrimination with the Delaware Department of Labor (attached hereto as Exhibit No. 1), which constituted a simultaneous filing with the Equal Employment Opportunity Commission. On April 1, 2005, with the Delaware Department of Labor issuing its "Final Determination and Right to Sue Notice" on January 31, 2006 (Attached hereto as Exhibit No. 2).

## FACTS

8. The plaintiff is a male citizen of the United States whose date of birth is April 4, 1950, which, on the date of the violations stated herein, indicates that he was 54 years of age.

9. The plaintiff has been employed by the defendant since December 27, 1983, most recently as a Vice-President.

10. At all times relevant, prior to the date of the plaintiff's termination, the plaintiff's work was evaluated as excellent.

11. On or about December 2, 2004, the plaintiff was terminated for what was allegedly described as violations of policies and procedures of the defendant, without

specifying and/or describing the nature of any such violations, nor with an opportunity to respond to the allegations.

12. Soon after the plaintiff's termination of employment his work was allocated among co-workers, who were either substantially younger that the plaintiff, or were less than forty (40) years of age, and who would derive a financial benefit from such transfer.

13. Subsequent to his termination, the plaintiff applied for unemployment benefits under the laws of the State of Delaware.

14. On or about March 14, 2005, the Delaware Department of Labor issued a determination that he was entitled to unemployment benefits, finding that the claimant was discharged from work without just cause or in connection with his work. Such a decision was based upon the defendant's failure to present any specific evidence supporting its claims at the hearing and refusing to identify, with any specificity, the nature of the facts supporting its claims of violations of company policy by the plaintiff, such a failure demonstrating its actions were in bad faith and intentional and willful conduct.

15. The termination of the plaintiff's employment, based upon the charge that he violated the defendant's policies and procedures was a pretext for age discrimination in that they terminated his employment at the time his age being 54 years of age, while other employees, substantially younger than the plaintiff were allocated his duties and job responsibilities.

16. As a direct and proximate result of the discriminatory conduct of the defendant, the plaintiff has lost in the past, and will lose in the future large sums of income and suffer damage to his earning capacity.

## COUNT I

### Discrimination Under 29 U.S.C. §621 et.seq.

17. The plaintiff incorporates herein and makes a part hereof the allegations contained in paragraphs 1 through 16.

18. The actions of the defendant in terminating the employment of the plaintiff was a result of discriminatory animus based upon the plaintiff's age, in violation of 29 U.S.C. §621 et.seq.

19. The actions of the defendant as described herein were willful.

## COUNT II

### Discrimination Under 19 Del.C. §711

20. The plaintiff incorporates herein and makes a part hereof the allegations contained in paragraphs 1 through 19.

21. As a direct and proximate result of the conduct of the defendant, described herein, the plaintiff has suffered, and will continue to suffer great pain and mental anguish.

22. The actions of the defendant as described herein were the result of discrimination based upon the plaintiff's age, in violation of 19 Del.C. §711, et.seq.

## COUNT III

### Breach of the Covenant of Good Faith and Fair Dealing

23. The plaintiff incorporates herein and makes a part hereof the allegations contained in paragraphs 1 through 22.

24. The defendant's removal of the plaintiff was arbitrary and unreasonable in an effort to prevent him from obtaining the fruits of the contractual agreement between the plaintiff and the defendant.

25. The defendant's termination of the plaintiff was based upon fraud, deceit, or misrepresentation for the purpose of preventing him from obtaining benefits due him under the contract with the defendant.

WHEREFORE, the plaintiff requests this Court to:

a. Enter a judgment against the defendant.

b. Enter a declaratory judgment stating that the actions of the defendant are in violation of the plaintiff's rights.

c. Enter a judgment against the defendant for compensatory damages, including lost wages.

d. Enter a judgment against the defendant for liquidated damages as provided by 29 U.S.C. §621 et.seq.

e. Grant Injunctive relief to the plaintiff restoring his employment.

f. Award the plaintiff the cost, interest, and attorney fees for this lawsuit.

g. Award such other and further relief as this Court deems just and appropriate.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
First Federal Plaza, Suite 600
702 King Street, P.O. Box 1675
Wilmington, DE 19899
302-472-4900
Attorney for Plaintiff

DATED: April 26, 2006

js 44
(REV. 07/89)

# CIVIL COVER SHEET

06-271

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpsoe of initiating the civil docket sheet. (SEE INSTRUCTIONS OF THE REVERSE OF THE FORM.)

| I (a) PLAINTIFFS<br><br>CLYDE E. MEASE, JR.<br><br>b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____<br>(EXCEPT IN U.S. PLAINTIFF CASES) | DEFENDANTS<br>WILMINGTON TRUST COMPANY,<br><br>COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT NewCastle<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Gary W. Aber, Esquire, Aber, Goldlust, Baker & Over, 702 King Street, Suite 600, Wilmington, DE 19801 | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

☐ 1 U.S. Governmant
☐ 2 U.S. Government Defendant
☒ 3 Federal Question
☐ 4 Diversity (Indicated Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place Of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place Of business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION
(CITE THE US CIVIL STATUE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTION STATUES UNLESS DIVERSITY)

29 U.S.C. §621 et.seq.

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 160 Stockholders Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal | **PERSONAL INJURY**<br>☐ 382 Personal Injury--Med Malpractice<br>☐ 365 Personal Injury -- Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Property Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 422 Appeal 28 uSC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 422 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Equipment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☒ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>Habeas Corpus:<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Right | ☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Rel. Inc. Security Act | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS -- Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statues<br>☐ Other Statutory Actions |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P 23   DEMAND $ _____
Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____   DOCKET NUMBER _____

DATE: April 26, 2006
SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

APR 2 6 2006

_____    _____
(Date forms issued)          (Signature of Party or their Representative)

                             _____
                             (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action