IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLYDE E. MEASE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-271-SLR |
| v. | ) |
| | ) |
| WILMINGTON TRUST COMPANY | ) Trial By Jury Demanded |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS

Pursuant to F.R.C.P. 12(b)(1) and (6), Defendant Wilmington Trust Company hereby moves to dismiss Plaintiff's Complaint because this Court lacks jurisdiction over the subject matter and because the Complaint fails to state claims upon which relief can be granted. The grounds for this motion are more fully set forth in Defendant's Opening Brief in Support Of Its Motion To Dismiss, filed simultaneously herewith.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sheldon N. Sandler*

Sheldon N. Sandler (No. 245)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
ssandler@ycst.com
Attorneys for Defendant

Dated: May 17, 2006

## CERTIFICATE OF SERVICE

I, **Sheldon N. Sandler, Esquire**, hereby certify that on **Wednesday, May 17, 2006**, I electronically filed a true and correct copy of the foregoing **Motion to Dismiss,** which will send notification that such filing is available for viewing and downloading to the following counsel of record. A courtesy copy of such **Motion to Dismiss** was also hand delivered to the following counsel of record on this date.

    Gary W. Aber, Esquire
    Aber, Goldlust, Baker & Over
    702 King Street, Suite 600
    P.O. Box 1675
    Wilmington, DE 19899-1675

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                    /s/ Sheldon N. Sandler
                    Sheldon N. Sandler, Esquire (No. 0245)
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    P.O. Box 391
                    Wilmington, Delaware 19899-0391
                    Telephone: (302) 571-6673
                    Facsimile: (302) 576-3330
                    Email: ssandler@ycst.com
                    Attorneys for Defendant

DATED:    May 17, 2006