IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLYDE E. MEASE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-271-SLR |
| v. ) | |
| ) | |
| WILMINGTON TRUST COMPANY ) | Trial By Jury Demanded |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I, Sheldon N. Sandler, Esquire, hereby certify that on November 9, 2006, I caused two (2) copies of **Defendant's First Set of Interrogatories Directed to Plaintiff**, and **Defendant's First Request for Production** to be served upon the following counsel of record:

**VIA HAND DELIVERY**
Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Sheldon N. Sandler_
Sheldon N. Sandler, Esquire (No. 0245)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email: ssandler@ycst.com
Attorneys for Defendant

DATED:   November 9, 2006