IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLYDE E. MEASE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-271-SLR |
| v. | ) |
| | ) |
| WILMINGTON TRUST COMPANY | ) Trial By Jury Demanded |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE, that Plaintiff's Rule 26(a) Disclosures were hand delivered to the following counsel on March 29, 2007:

> Sheldon N. Sandler, Esquire
> Young, Conaway, Stargatt & Taylor
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
First Federal Plaza, Suite 600
702 King Street, P.O. Box 1675
Wilmington, DE 19899
302-472-4900
Attorney for Plaintiff

DATED: March 27, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached pleading was served via electronic filing to the following counsel on March 29, 2007:

> Sheldon N. Sandler, Esquire
> Young, Conaway, Stargatt & Taylor
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899

>                                    /s/ Melissa A. Chionchio
>                                    Melissa A. Chionchio
>                                    Secretary to Gary W. Aber, Esquire