IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLYDE E. MEASE, JR., ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 06-271 (KAJ) |
| ) | |
| v. ) | |
| ) | Trial By Jury Demanded |
| WILMINGTON TRUST COMPANY ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE, that Plaintiff's Answers to Defendant's First Set of Interrogatories Directed to Plaintiff and Plaintiff's Responses to Defendant's First Request for Production of Documents Directed to Plaintiff were hand delivered to the following counsel on April 12, 2007:

> Sheldon N. Sandler, Esquire
> Young, Conaway, Stargatt & Taylor
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
First Federal Plaza, Suite 600
702 King Street, P.O. Box 1675
Wilmington, DE 19899
302-472-4900
Attorney for Plaintiff

DATED: April 12, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached pleading was sent via electronic mail to the following counsel on April 12, 2007:

>Sheldon N. Sandler, Esquire
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire