IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLYDE E. MEASE, JR., ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 06-271 (KAJ) |
| ) | |
| v. ) | |
| ) | Trial By Jury Demanded |
| WILMINGTON TRUST COMPANY ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE, that Plaintiff's First Set of Interrogatories Directed to Defendant and Plaintiff's First Request for Production of Documents Directed to Defendant were hand delivered to the following counsel on April 13, 2007:

    Sheldon N. Sandler, Esquire
    Young, Conaway, Stargatt & Taylor
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE 19899

                                          ABER, GOLDLUST, BAKER & OVER

                                          /s/ Gary W. Aber
                                          GARY W. ABER (DSB #754)
                                          First Federal Plaza, Suite 600
                                          702 King Street, P.O. Box 1675
                                          Wilmington, DE 19899
                                          302-472-4900
DATED: April 13, 2007                      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached pleading was sent via electronic mail to the following counsel on April 13, 2007:

> Sheldon N. Sandler, Esquire
> Young, Conaway, Stargatt & Taylor
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899

>                   /s/ Melissa A. Chionchio
> Melissa A. Chionchio
> Secretary to Gary W. Aber, Esquire