IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLYDE E. MEASE, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-271-SLR |
| | ) | |
| WILMINGTON TRUST COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF DEPOSITION

TO:   Gary W. Aber Esquire
      Aber, Goldlust, Baker & Over
      702 King Street, Suite 600
      P.O. Box 1675
      Wilmington, DE 19899-1675

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of

**CLYDE E. MEASE, JR.**, on Thursday, May 24, 2007, beginning at 10:00 a.m., and continuing

thereafter from hour to hour and day to day until completion.  The deposition will be held in the

law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West

Street, 17th Floor, Wilmington, DE  19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Sheldon N. Sandler*
Sheldon N. Sandler, Esquire (No. 245)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391, Wilmington, Delaware  19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email:  ssandler@ycst.com
Attorneys for Defendant

Dated:  April 24, 2007
cc:  Wilcox & Fetzer, Ltd.