IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLYDE E. MEASE, JR. )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>WILMINGTON TRUST COMPANY, )<br>)<br>    Defendant. ) | Civil Action No. 06-271-SLR |

### **JOINT MOTION FOR AMENDMENT OF SCHEDULING ORDER**

The parties hereto, by Counsel, hereby request that the Scheduling Order in the captioned action be amended in accordance with the attached Proposed Order for the following reasons:

The Scheduling Order was entered on November 8, 2006 providing that all discovery was to be due by June 29, 2007.

Motions to dismiss certain claims had been filed and the parties delayed proceeding with discovery until the said motions were decided.

The Court issued a memorandum order on March 26, 2007 and on March 29, 2007, Plaintiff filed a Motion for Reconsideration of the Order and Defendant filed a response to that motion on April 5, 2007.

Subsequently the parties agreed to proceed with discovery pending disposition of the said Motion for Reconsider ion, but both parties agree that insufficient time remains for proper discovery to be conducted and completed.

WHEREFORE, the parties jointly request that Court amend the Scheduling Order to provide for a September 30, 2007 cutoff, that summary judgment motions be filed no later than October 30, 2007, and that the pretrial conference and trial be rescheduled to a time convenient to the Court.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Sheldon N. Sandler*
Sheldon N. Sandler, Esquire (No. 245)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391, Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email: ssandler@ycst.com
Attorneys for Defendant

ABER, GOLDLUST, BAKER & OVER

/s/ *Gary W. Aber*
Gary W. Aber Esquire
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
Telephone: 302-472-4900
Fascimile: 302-472-4920
Email: gaber@bablawde.com

DATED: May 25, 2007