IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLYDE E. MEASE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-271 (XXX) |
| | ) | |
| v. | ) | |
| | ) | Trial By Jury Demanded |
| WILMINGTON TRUST COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR AMENDMENT OF SCHEDULING ORDER**

The parties hereto, by Counsel, hereby request that the Scheduling Order in the captioned action be amended in accordance with the attached Proposed Order for the following reasons:

The Scheduling Order was entered on November 8, 2006 providing that all discovery was to be due by June 29, 2007.

Motions to dismiss certain claims had been filed and the parties delayed proceeding with discovery until the said motions were decided.

The Court issued a memorandum order on March 26, 2007 and on March 29, 2007, Plaintiff filed a Motion for Reconsideration of the Order and Defendant filed a response to that motion on April 5, 2007.

Subsequently the parties agreed to proceed with discovery pending disposition of the said Motion for Reconsideration, but both parties agree that insufficient time remains for proper discovery to be conducted and completed.

The parties stipulate, with the Court's permission that the Scheduling Order be amended as follows:

| | |
|---|---|
| Discovery Cut Off | October 1, 2007 |
| Opening Brief on Motion for Summary Judgment | October 30, 2007 |
| Answering Brief on Motion for Summary Judgment | November 21, 2007 |
| Reply Brief on Motion for Summary Judgment | December 12, 2007 |
| Pretrial Conference | As Scheduled by the Court |
| Trial | As Scheduled by the Court |

Respectfully Submitted.

| ABER, GOLDLUST, BAKER & OVER | YOUNG, CONAWAY STARGATT & TAYLOR |
|---|---|
| /s/ Gary W. Aber | /s/ Sheldon N. Sandler |
| Gary W. Aber | Sheldon N. Sandler |
| 702 King Street, Suite 600 | 1000 West Street, 17th Floor |
| P.O. Box 1675 | P.O. Box 391 |
| Wilmington, DE  19899 | Wilmington, DE  19899 |
| (302) 472-4900 | (302) 571-6673 |
| Attorney for Plaintiff | Attorney for Defendant |

SO ORDERED, this _____ day of _____, 2007

                                                                                    _____
                                                                                                  J.