IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLYDE E. MEASE, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-271-SLR |
| | ) | |
| WILMINGTON TRUST COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

I, Sheldon N. Sandler, Esquire, hereby certify that on July 26, 2007, copies of Defendant's Supplemental Answers to Plaintiff's First Set of Interrogatories were served by hand delivery upon the following counsel of record:

>Gary W. Aber Esquire
>Aber, Goldlust, Baker & Over
>702 King Street, Suite 600
>P.O. Box 1675
>Wilmington, DE 19899-1675

>YOUNG CONAWAY STARGATT & TAYLOR, LLP


>/s/ *Sheldon N. Sandler*
>Sheldon N. Sandler, Esquire (No. 245)
>The Brandywine Building, 17th Floor
>1000 West Street
>P.O. Box 391, Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6673
>Facsimile: (302) 576-3330
>Email: ssandler@ycst.com
>Attorneys for Defendant

Dated: July 26, 2007