IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLYDE E. MEASE, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-271-SLR |
| | ) |
| WILMINGTON TRUST COMPANY, | ) |
| | ) |
| Defendant. | ) |

## **RENOTICE OF DEPOSITION**

TO:   Gary W. Aber Esquire
      Aber, Goldlust, Baker & Over
      702 King Street, Suite 600
      P.O. Box 1675
      Wilmington, DE 19899-1675

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of **CLYDE E. MEASE, JR.**, on Friday, September 21, 2007, beginning at 10:00 a.m., and continuing thereafter from hour to hour and day to day until completion. The deposition will be held in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Sheldon N. Sandler*

Sheldon N. Sandler, Esquire (No. 245)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391, Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email: ssandler@ycst.com
Attorneys for Defendant

Dated: September 12, 2007
cc: Wilcox & Fetzer, Ltd.