IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLYDE E. MEASE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-271 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | Trial By Jury Demanded |
| WILMINGTON TRUST COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that Plaintiff's Second Request for Production of
Documents Directed to Defendant were hand delivered to the following counsel on
September 17, 2007:

Sheldon N. Sandler, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899


ABER, GOLDLUST, BAKER & OVER


 /s/ Gary W. Aber_____
GARY W. ABER (DSB #754)
First Federal Plaza, Suite 600
702 King Street, P.O. Box 1675
Wilmington, DE  19899
302-472-4900
DATED:  September 17, 2007            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached pleading was sent via electronic mail to the following counsel on September 17, 2007:

> Sheldon N. Sandler, Esquire
> Young, Conaway, Stargatt & Taylor
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899

                                    /s/ Melissa A. Chionchio
                            Melissa A. Chionchio
                            Secretary to Gary W. Aber, Esquire