IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLYDE E. MEASE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-271 (SLR) |
| | ) | |
| v. | ) | |
| | ) | Trial By Jury Demanded |
| WILMINGTON TRUST COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

### **MOTION FOR AMENDMENT OF SCHEDULING ORDER**

The plaintiff, without objection from the defendant, hereby request this Court to amend the scheduling order in the above-captioned in accordance with the proposed dates below. This request is based upon plaintiff's counsel's personal medical needs. A prior amendment to the scheduling order was entered on July 20, 2007. The proposed order would extend matters for approximately 3 ½ months. The plaintiff has been advised to this request and consents to it.

| | |
|---|---|
| Discovery Cut Off | January 15, 2008 |
| Opening Brief on Motion for Summary Judgment | February 20, 2008 |
| Answering Brief on Motion for Summary Judgment | March 18, 2008 |
| Reply Brief on Motion for Summary Judgment | March 31, 2008 |
| Pretrial Conference | As Scheduled by the Court |
| Trial | As Scheduled by the Court |

Respectfully Submitted.

ABER, GOLDLUST, BAKER & OVER          YOUNG, CONAWAY STARGATT & TAYLOR


    /s/ Gary W. Aber                              /s/ Sheldon N. Sandler
Gary W. Aber                                  Sheldon N. Sandler
702 King Street, Suite 600                    1000 West Street, 17th Floor
P.O. Box 1675                                 P.O. Box 391
Wilmington, DE  19899                         Wilmington, DE  19899
(302) 472-4900                                (302) 571-6673
Attorney for Plaintiff                        Attorney for Defendant


SO ORDERED, this _____ day of _____, 2007

                                              _____
                                                                          J.