IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLYDE E. MEASE, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-271-SLR |
| | ) |
| WILMINGTON TRUST COMPANY, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

I, Sheldon N. Sandler, Esquire, hereby certify that on October 12, 2007, copies of Defendant's Requests for Admission were served by hand delivery upon the following counsel of record:

        Gary W. Aber Esquire
        Aber, Goldlust, Baker & Over
        702 King Street, Suite 600
        P.O. Box 1675
        Wilmington, DE 19899-1675

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ *Sheldon N. Sandler*
        ―――――――――――――――――――
        Sheldon N. Sandler, Esquire (No. 245)
        The Brandywine Building, 17th Floor
        1000 West Street
        P.O. Box 391, Wilmington, Delaware 19899-0391
        Telephone: (302) 571-6673
        Facsimile: (302) 576-3330
        Email: ssandler@ycst.com
        Attorneys for Defendant

Dated: October 12, 2007