IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLYDE E. MEASE, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-271-SLR |
| | ) |
| WILMINGTON TRUST COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Sheldon N. Sandler, Esquire, hereby certify that on October 12, 2007, copies of Defendant's Supplemental Responses to Plaintiff's First Request for Production of Documents were served by hand delivery upon the following counsel of record:

> Gary W. Aber Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> P.O. Box 1675
> Wilmington, DE 19899-1675

> YOUNG CONAWAY STARGATT & TAYLOR, LLP

> /s/ *Sheldon N. Sandler*
> ──────────────────────────────
> Sheldon N. Sandler, Esquire (No. 245)
> The Brandywine Building, 17th Floor
> 1000 West Street
> P.O. Box 391, Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6673
> Facsimile: (302) 576-3330
> Email: ssandler@ycst.com
> Attorneys for Defendant

Dated: October 12, 2007