IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLYDE E. MEASE, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-271-SLR |
| | ) |
| WILMINGTON TRUST COMPANY, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

I, Sheldon N. Sandler, Esquire, hereby certify that on October 12, 2007, copies of Defendant's Second Supplemental Answers to Plaintiff's First Set of Interrogatories were served by hand delivery upon the following counsel of record:

    Gary W. Aber Esquire
    Aber, Goldlust, Baker & Over
    702 King Street, Suite 600
    P.O. Box 1675
    Wilmington, DE 19899-1675

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ *Sheldon N. Sandler*
    Sheldon N. Sandler, Esquire (No. 245)
    The Brandywine Building, 17th Floor
    1000 West Street
    P.O. Box 391, Wilmington, Delaware  19899-0391
    Telephone: (302) 571-6673
    Facsimile: (302) 576-3330
    Email:  ssandler@ycst.com
    Attorneys for Defendant

Dated:   October 12, 2007