IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLYDE E. MEASE, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-271-SLR |
| | ) |
| WILMINGTON TRUST COMPANY, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO AMEND THE SCHEDULING ORDER

Defendant, without objection from the Plaintiff, hereby requests the Court to amend the scheduling order in the above-captioned action and to substitute the dates sets out below.  The Motion is submitted because a key witness for Defendant, Michael A. DiGregorio, the General Counsel of Defendant, is unavailable until at least March 2008 as a result of complications that have arisen from treatments he is receiving for a medical condition.  Plaintiff has been advised of the situation and has consented to the Motion.

    Plaintiff's Expert Report - March 3, 2008

    Defendant's Expert Report – April 2, 2008

    Discovery cutoff – May 2, 2008

    Opening Brief on Motion for Summary Judgment – June 16, 2008

    Answering Brief on Motion for Summary Judgment – July 14, 2008

    Reply Brief on Motion for Summary Judgment – July 31, 2008

    Pretrial Conference – As scheduled by the Court

    Trial – As scheduled by the Court

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

s/ Sheldon N. Sandler
Sheldon N. Sandler, Esquire (No. 245)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391, Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email: ssandler@ycst.com
Attorneys for Defendant

APPROVED:

/ s/  Gary W. Aber

Gary W. Aber, Esquire (No. 754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
Telephone: (302) 472-4900
Facsimile: (302) 472-4920
Attorney for Plaintiff

SO ORDERED this _____ day of _____, 2007.

_____
U.S.D.J.