IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLYDE E. MEASE, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-271-SLR ) |
| WILMINGTON TRUST COMPANY, | ) ) ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 7th day of March, 2008, having reviewed plaintiff's motion for certification for interlocutory appeal pursuant to 28 U.S.C. § 1292(b), as well as the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 43) is denied, as plaintiff has not presented a controlling question of law as to which there is substantial ground for difference of opinion. Nor would an immediate appeal from the court's January 8, 2008 order (D.I. 42) materially advance the ultimate termination of the litigation.

_____
United States District Judge