IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLYDE E. MEASE, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-271-SLR |
| | ) |
| WILMINGTON TRUST COMPANY, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF DEPOSITION

TO: Gary W. Aber Esquire
     Aber, Goldlust, Baker & Over
     702 King Street, Suite 600
     P.O. Box 1675
     Wilmington, DE 19899-1675

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of **Donald W. Hughes** on Thursday, April 10, 2008, beginning at 10:00 a.m., and continuing thereafter from hour to hour and day to day until completion. The deposition will be held in the offices of Donald W. Hughes, Camden Partners Holdings, LLC, 500 E. Pratt Street, Suite 1200, Baltimore, MD 21202.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Sheldon N. Sandler*
Sheldon N. Sandler, Esquire (No. 245)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391, Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email: ssandler@ycst.com
Attorneys for Defendant

DATED: April 2, 2008
cc: Al Betz & Associates, Inc.