IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLYDE E. MEASE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-271 (SLR) |
| | ) | |
| v. | ) | |
| | ) | Trial By Jury Demanded |
| WILMINGTON TRUST COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

## PARTIES JOINT MOTION TO AMENDMENT SCHEDULING ORDER

The parties jointly hereby request the Court to amend the scheduling order in the above-captioned action and to substitute the dates set out below. This motion is submitted because a key witness for Defendant Michael A. DiGregoria, the General Counsel of Defendant continues to be unavailable because of complications that have arisen from treatments he is receiving for a medical condition, as well as time limitations imposed on plaintiff's counsel for treatment of his medical condition.

| | |
|---|---|
| Plaintiff's Expert Report | June 16, 2008 |
| Defendant's Expert Report | July 16, 2008 |
| Discovery Cut Off | September 1, 2008 |
| Opening Brief on Motion for Summary Judgment | October 1, 2008 |
| Answering Brief on Motion for Summary Judgment | November 3, 2008 |
| Reply Brief on Motion for Summary Judgment | November 14, 2008 |
| Pretrial Conference | As Scheduled by the Court |
| Trial | As Scheduled by the Court |

                        Respectfully Submitted.

| | |
|---|---|
| ABER, GOLDLUST, BAKER & OVER | YOUNG, CONAWAY STARGATT & TAYLOR |
| /s/ Gary W. Aber | /s/ Sheldon N. Sandler |
| Gary W. Aber | Sheldon N. Sandler |
| 702 King Street, Suite 600 | 1000 West Street, 17th Floor |
| P.O. Box 1675 | P.O. Box 391 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 472-4900 | (302) 571-6673 |
| Attorney for Plaintiff | Attorney for Defendant |

SO ORDERED, this _____ day of _____, 2008

                        _____
                                           J.