IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLYDE E. MEASE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-271-SLR |
| v. | ) | |
| | ) | |
| WILMINGTON TRUST COMPANY | ) | Trial By Jury Demanded |
| | ) | |
| Defendant. | ) | |

TO:    Sheldon N. Sandler, Esquire
       Young, Conaway, Stargatt & Taylor
       1000 West Street, 17th Floor
       P.O. Box 391
       Wilmington, DE  19899

## NOTICE OF DEPOSTION

**PLEASE TAKE NOTICE**, that the undersigned will take the oral deposition of

Dana S. Johns  on May 12, 2008, beginning at 10:00 a.m. at the offices of Camden

Partners Holdings, LLC, 500 E. Pratt Street, Suite 1200, Baltimore, MD  21202.

ABER, GOLDLUST, BAKER & OVER

      /s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
302-472-4900
Attorney for Plaintiff

DATED:  April 30, 2008

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading was

served via electronic mail on April 30, 2008 to the following counsel:

Sheldon N. Sandler, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899


_____/s/ Melissa A. Chionchio_____
Melissa A. Chionchio
Secretary to Gary W. Aber, Esquire