IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLYDE E. MEASE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-271-SLR |
| v. | ) | |
| | ) | |
| WILMINGTON TRUST COMPANY | ) | Trial By Jury Demanded |
| | ) | |
| Defendant. | ) | |

TO: Sheldon N. Sandler, Esquire
     Young, Conaway, Stargatt & Taylor
     1000 West Street, 17th Floor
     P.O. Box 391
     Wilmington, DE  19899

## NOTICE OF DEPOSTION

**PLEASE TAKE NOTICE**, that the undersigned will take the oral deposition of Diane Zorn on May 12, 2008, beginning at 11:00 a.m. at the offices of Camden Partners Holdings, LLC, 500 E. Pratt Street, Suite 1200, Baltimore, MD  21202.

                                                   ABER, GOLDLUST, BAKER & OVER

                                                      /s/ Gary W. Aber
                                                  GARY W. ABER (DSB #754)
                                                  702 King Street, Suite 600
                                                  P.O. Box 1675
                                                  Wilmington, DE  19899
                                                  302-472-4900
                                                  Attorney for Plaintiff

DATED:  April 30, 2008

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on April 30, 2008 to the following counsel:

>Sheldon N. Sandler, Esquire
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

        /s/ Melissa A. Chionchio
Melissa A. Chionchio
Secretary to Gary W. Aber, Esquire