IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLYDE E. MEASE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-271 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | Trial By Jury Demanded |
| WILMINGTON TRUST COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that Plaintiff's Fifth Request for Production of Documents Directed to Defendant were hand delivered to the following counsel on June 20, 2008:

> Sheldon N. Sandler, Esquire
> Young, Conaway, Stargatt & Taylor
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899

ABER, GOLDLUST, BAKER & OVER

 /s/ Gary W. Aber
GARY W. ABER (DSB #754)
First Federal Plaza, Suite 600
702 King Street, P.O. Box 1675
Wilmington, DE  19899
302-472-4900
Attorney for Plaintiff

DATED:  June 20, 2008

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the attached pleading was sent via electronic mail to the following counsel on June 20, 2008:

>Sheldon N. Sandler, Esquire
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

>              /s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire