IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLYDE E. MEASE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-271-SLR |
| v. | ) | |
| | ) | |
| WILMINGTON TRUST COMPANY | ) | Trial By Jury Demanded |
| | ) | |
| Defendant. | ) | |

TO:   Sheldon N. Sandler, Esquire
      Young, Conaway, Stargatt & Taylor
      1000 West Street, 17th Floor
      P.O. Box 391
      Wilmington, DE  19899

## NOTICE OF 30(B)(6) DEPOSTION DUCES TEMCUM*

**PLEASE TAKE NOTICE**, that pursuant to the provisions of Rule 30(b)(6),

Federal Rules of Civil Procedure, the defendant, is to designate the appropriate

personnel to testify, who can describe any facts to support the allegations transfer that

the plaintiff violated any statues, rules, or regulations concerning the of partnership

interests or other transactions of securities while employed by the defendant.

Deposition's to be taken on Monday July 14, 2008, beginning at 10:00 a.m at the 3rd

floor of the Wilmington Trust Center, Wilmington, DE 19801.

*The witness shall produce at the deposition, all documents which relate to, pertain,
mention, or refer any facts to support the allegation the plaintiff violated any rules,
regulation  or stable concerning the transfer of partnership interest or nay other security
of Wilmington Trust Company.

ABER, GOLDLUST, BAKER & OVER

_____/s/ Gary W. Aber_____
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
302-472-4900
Attorney for Plaintiff

DATED:

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading was served

via electronic mail on July 10, 2008  to the following counsel:

Sheldon N. Sandler, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899


_____/s/ Melissa A. Chionchio_____
Melissa A. Chionchio
Secretary to Gary W. Aber, Esquire