IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLYDE E. MEASE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-271-SLR |
| | ) |
| WILMINGTON TRUST COMPANY, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 7th day of August, 2008, having received a request from counsel for plaintiff that the case be stayed (D.I. 54);

IT IS ORDERED that the above case shall be stayed pending further order of the court. Counsel for plaintiff shall file a status report with the court on or before **November 7, 2008**.

                                                              _____
                                                           United States District Judge