IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLYDE E. MEASE, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-271-SLR |
| | ) |
| WILMINGTON TRUST COMPANY, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

I, Sheldon N. Sandler, Esquire, hereby certify that on August 13, 2008, copies of Defendant's Response to Plaintiff's Second Request for Production, Defendant's Response to Plaintiff's Third Request For Production and Defendant's Response to Plaintiff's Fifth Request for Production were served by hand delivery upon the following counsel of record:

> Gary W. Aber Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> P.O. Box 1675
> Wilmington, DE 19899-1675

> YOUNG CONAWAY STARGATT & TAYLOR, LLP

> /s/ *Sheldon N. Sandler*
> Sheldon N. Sandler, Esquire (No. 245)
> The Brandywine Building, 17th Floor
> 1000 West Street
> P.O. Box 391, Wilmington, Delaware  19899-0391
> Telephone: (302) 571-6673
> Facsimile: (302) 576-3330
> Email:  ssandler@ycst.com
> Attorneys for Defendant

DATED:  August 13, 2008